AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jackson, Richard B. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | 3. Date of Report<br><br>09/29/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,    Date 09/29/2010<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>09/24/2010 |
| 7. Chambers or Office Address<br><br>100 JEFFERSON COUNTY PARKWAY<br>DIVISION 6<br>GOLDEN CO 80401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | STATE OF COLORADO | $96,448.50 |
| 2. 2009 | STATE OF COLORADO | $125,216.64 |
| 3. 2008 | STATE OF COLORADO | $95,073.48 |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | SELF-EMPLOYED TRAVEL AGENT |
| 2. 2009 | SELF-EMPLOYED TRAVEL AGENT |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 09/29/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | Exempt | | | | |
| 2. -VANGUARD VALUE VIPERS | B | Dividend | L | T | | | | | |
| 3. -VANGUARD FTSE ALL WORLD EX US INDEX | B | Dividend | K | T | | | | | |
| 4. -VANGUARD EXTENDED MKT VIPERS | A | Dividend | L | T | | | | | |
| 5. -VANGUARD GROWTH VIPERS | B | Dividend | L | T | | | | | |
| 6. -BNY MELLON MUNICIPAL OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |
| 7. -BNY MELLON NATIONAL INTERMEDIATE MUNICIPAL BOND FUND | C | Dividend | K | T | | | | | |
| 8. -US TREASURY NOTE 1/2011 | A | Dividend | K | T | | | | | |
| 9. -US TREASURY NOTE DTD 10/2012 | A | Dividend | K | T | | | | | |
| 10. -ALCOA | A | Dividend | | | | | | | |
| 11. -APACHE CORP | A | Dividend | | | | | | | |
| 12. -BOEING CORP | A | Dividend | | | | | | | |
| 13. -BANK OF AMERICA CORP | A | Dividend | | | | | | | |
| 14. -CONOCOPHILLIPS | A | Dividend | | | | | | | |
| 15. -AMGEN INC | A | Dividend | | | | | | | |
| 16. -EMERSON ELECTRIC CO | A | Dividend | | | | | | | |
| 17. -IBM | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -HONEYWELL INTL INC | A | Dividend | | | | | | | |
| 19. -GENERAL ELECTRIC CO | A | Dividend | | | | | | | |
| 20. -J-P MORGAN CHASE | A | Dividend | | | | | | | |
| 21. -MCDERMOTT INTL INC | A | Dividend | | | | | | | |
| 22. -MBIA INC | A | Dividend | | | | | | | |
| 23. -MICROSOFT CORP | A | Dividend | | | | | | | |
| 24. -XTO ENERGY INC | A | Dividend | | | | | | | |
| 25. -WELLS FARGO AND CO | A | Dividend | | | | | | | |
| 26. -ST JUDE MEDICAL INC | A | Dividend | | | | | | | |
| 27. -DNP SELECT INCOME FD INC | A | Dividend | | | | | | | |
| 28. -XCEL ENERGY INC | A | Dividend | | | | | | | |
| 29. -PUBLIC STORAGE PFD | A | Dividend | | | | | | | |
| 30. -CITIGROUP CAP IX PFD STK | A | Dividend | | | | | | | |
| 31. -TEMPLETON GLOBAL INCOME FUND | A | Dividend | | | | | | | |
| 32. -GEN ELEC CAP C 5.75% | A | Interest | | | | | | | |
| 33. -LA SALLE FUNDING LLC 4.5% | A | Interest | | | | | | | |
| 34. -AMERICAN WASHINGTON MUTUAL INVT A | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 09/29/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -GROWTH FD AMER INC | A | Dividend | | | | | | | |
| 36. -NEW ECONOMY FD SH BEN INT | A | Dividend | | | | | | | |
| 37. -NEW WORLD FUND F | A | Dividend | | | | | | | |
| 38. -SMALLCAP WORLD FD INC COM | A | Dividend | | | | | | | |
| 39. -US TREASURY NOTE 7/2010 | A | Dividend | | | | | | | |
| 40. -GENENTECH INC | A | Dividend | | | | | | | |
| 41. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 42. FED HOME LN MTG CORP | B | Dividend | L | T | | | | | |
| 43. FED HOME LOAN BANKS | C | Dividend | L | T | | | | | |
| 44. US TREASURY NT 11/12 | C | Interest | L | T | | | | | |
| 45. US TREAS INFLATION IND BOND | A | Interest | L | T | | | | | |
| 46. US TREASURY NOTE 6/2016 | D | Interest | L | T | | | | | |
| 47. US TREASURY NOTE 12/16 | B | Interest | L | T | | | | | |
| 48. US TREASURY NOTE 7/17 | A | Interest | L | T | | | | | |
| 49. US TREASURY NOTE 5/10 | A | Interest | | | | | | | |
| 50. US TREASURY BILL 6/9 | A | Interest | | | | | | | |
| 51. GEN ELECT CAP CPR 9/17 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 09/29/2010 |

# VII. INVESTMENTS and TRUSTS — _income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. WELLS FARGO CO 5.25% 10/12 | B | Interest | K | T | | | | | |
| 53. AETNA INC | B | Interest | K | T | | | | | |
| 54. PFIZER INC | B | Interest | K | T | | | | | |
| 55. GOLDMAN SACHS GROUP INC | B | Interest | K | T | | | | | |
| 56. AT & T INC | B | Interest | K | T | | | | | |
| 57. ISHARES S&P GSCI COMMODITY IND EXED TRUST | A | Interest | K | T | | | | | |
| 58. AIM STIT TREASURY PORTFOLIO | A | Interest | L | T | | | | | |
| 59. SPDR TRUST SERIES 1 | D | Dividend | M | T | | | | | |
| 60. VANGURD GROWTH ETF | B | Dividend | | | | | | | |
| 61. ISHARES TR MIDCAP | C | Dividend | L | T | | | | | |
| 62. VANGUARD VALUE | B | Dividend | | | | | | | |
| 63. SPDR DOW JONES INDUSTRIAL AVER AGE | D | Dividend | M | T | | | | | |
| 64. ISHARES MSCI EAFE INDX FUND | D | Dividend | M | T | | | | | |
| 65. ISHARES TR | B | Dividend | M | T | | | | | |
| 66. ISHARES RUSSELL 1000 INDEX FUND | C | Dividend | M | T | | | | | |
| 67. ISHARES TR S & P SMALL CAP 600 | A | Dividend | L | T | | | | | |
| 68. VANGUARD EMERGING MARKETS E TF | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 09/29/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FED HM LN MTG CORP | C | Dividend | M | T | | | | | |
| 70. FED HOME LOAN BANK | C | Dividend | M | T | | | | | |
| 71. FED NAT MTG ASSN | C | Dividend | | | | | | | |
| 72. 401(k) #1 | | | | | | | | | |
| 73. -PIMCO TOTAL RETURN FUND | C | Dividend | K | T | | | | | |
| 74. -DODGES & COX BALANCED FUND | D | Dividend | K | T | | | | | |
| 75. -DODGE & COX STOCK FUND | C | Dividend | J | T | | | | | |
| 76. -FIDELITY CONTRAFUND | C | Dividend | J | T | | | | | |
| 77. -RAINIER LG CAP GROWTH EQUITY | B | Dividend | J | T | | | | | |
| 78. -AMERICAN FUNDS EUROPACIFIC GR | C | Dividend | J | T | | | | | |
| 79. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 80. CHEVRON CORP | C | Dividend | K | T | | | | | |
| 81. EXXON MOBIL | D | Dividend | L | T | | | | | |
| 82. AIR PRDTS AND CHEMICALS INC | B | Dividend | K | T | | | | | |
| 83. EMERSON ELECTRIC CO | A | Dividend | K | T | | | | | |
| 84. GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 85. UNION PAC CORP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. UNITED TECHNOLOGIES CORP | B | Dividend | K | T | | | | | |
| 87. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 88. JOHNSON CTLS INC | A | Dividend | J | T | | | | | |
| 89. STARBUCKS CORP | C | Dividend | M | T | | | | | |
| 90. NESTLE S A SPONSORED ADR REPSTG REG | B | Dividend | K | T | | | | | |
| 91. PEPSICO INC | B | Dividend | K | T | | | | | |
| 92. PROCTER & GAMBLE CO | C | Dividend | K | T | | | | | |
| 93. ABBOTT LABORATORIES | A | Dividend | J | T | | | | | |
| 94. JOHNSON & JOHNSON | C | Dividend | K | T | | | | | |
| 95. PFIZER INC | A | Dividend | J | T | | | | | |
| 96. TEVA PHARMACEUTICAL INDS LTS | A | Dividend | J | T | | | | | |
| 97. THERMO FISHER SCIENTIFIC INC | A | None | J | T | | | | | |
| 98. INVESCO LTD | A | Dividend | J | T | | | | | |
| 99. ACE LTD | A | Dividend | K | T | | | | | |
| 100. JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 101. MORGAN STANLEY | A | Dividend | J | T | | | | | |
| 102. STATE STREET CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 09/29/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. US BANCORP | A | Dividend | J | T | | | | | |
| 104. WELLS FARGO AND CO | A | Dividend | J | T | | | | | |
| 105. ACCENTURE PLC | A | Dividend | J | T | | | | | |
| 106. APPLE INC | A | None | K | T | | | | | |
| 107. CISCO SYSTEMS INC | A | None | J | T | | | | | |
| 108. GOOGLE INC | A | None | J | T | | | | | |
| 109. HEWLETT PACKARD CO | A | Dividend | J | T | | | | | |
| 110. INTEL CORP | A | Dividend | J | T | | | | | |
| 111. MASTERCARD INC | A | Dividend | J | T | | | | | |
| 112. MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 113. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 114. ISHARES MSCI EAFE INDEX FD | C | Dividend | M | T | | | | | |
| 115. ISHARES MSCI EMERGING MARKETS FD | B | Dividend | K | T | | | | | |
| 116. VANGUARD EXTENDED MARKET VI PERS INDEX FUND | B | Dividend | L | T | | | | | |
| 117. DENVER CO CITY & CTY SCHOOL DS TRICT | B | Interest | L | T | | | | | |
| 118. CASTLE PINES NORTH MET DIST CO | D | Interest | L | T | | | | | |
| 119. THORNTON CO DTD | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. RANGELY CO SCH DIST RE 4 | C | Interest | L | T | | | | | |
| 121. SNOWMASS VIG CO | C | Interest | L | T | | | | | |
| 122. FLORIDA HSG FIN CORP REV | B | Interest | K | T | | | | | |
| 123. UNIV COLOR ENTERPRISE SYS REV | C | Interest | L | T | | | | | |
| 124. METROPOLITAN TRANSN AUTH NY | C | Interest | L | T | | | | | |
| 125. METRO WASTEWTR RECLAM DSTR CO | C | Interest | L | T | | | | | |
| 126. EL PASO CTY CO REV | C | Interest | L | T | | | | | |
| 127. BNY MELLON MUNICIPAL OPPORT UNITIES | B | Dividend | K | T | | | | | |
| 128. BNY MELLON NATL MUNI MONEY MKT FUND | A | Dividend | M | T | | | | | |
| 129. HILLSBOROUGH CTY FL BOND | C | Interest | | | | | | | |
| 130. ORACLE CORP | A | Dividend | | | | | | | |
| 131. COMCAST CORP | A | Dividend | | | | | | | |
| 132. HUDSON CITY BANCORP INC | A | Dividend | | | | | | | |
| 133. EXELON CORP | A | Dividend | | | | | | | |
| 134. AURORA CO BOND | C | Interest | | | | | | | |
| 135. EATON CORP | A | Dividend | | | | | | | |
| 136. AMERICAN EXPRESS CO | A | Dividend | | | | | | | |

1. Income Gain Codes;     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns D1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 09/29/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. THE TRAVELERS COMPANIES INC | A | Dividend | | | | | | | |
| 138. ISHARES S & P MIDCAP 400 | A | Dividend | | | | | | | |
| 139. ISHARES S& P SMALLCAP 600 | A | Dividend | | | | | | | |
| 140. NEW JERSEY STATE BOND | C | Interest | | | | | | | |
| 141. NORTHERN TR CORP | A | Dividend | | | | | | | |
| 142. ALLSTATE CORP | A | Dividend | | | | | | | |
| 143. OMNICOM GROUP INC | A | Dividend | | | | | | | |
| 144. 3M CO | A | Dividend | | | | | | | |
| 145. JOHNSON CTLS INC | A | Dividend | | | | | | | |
| 146. CEF SELECT SECTOR SPDR FD HEALTHCARE | B | Dividend | | | | | | | |
| 147. TECHNOLOGY SELECT SECTOR SPDR FUND | B | Dividend | | | | | | | |
| 148. IRA #2 | | | | | | | | | |
| 149. -DREYFUS PR LRG CAP EQ FD | B | Dividend | L | T | | | | | |
| 150. -VANGUARD FTSE ALL WORLD EX US INDEX FD | A | Dividend | K | T | | | | | |
| 151. -VANGUARD EXTEND MKT VIPERS INDEX FD | A | Dividend | J | T | | | | | |
| 152. -VNY MELLON INTERM BOND FUND CLASS M | C | Dividend | K | T | | | | | |
| 153. -DREYFUS PREMIER LTD TERM HIGH YIELD FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 09/29/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -AIM STIT TREASURY PORTFOLIO | A | Interest | J | T | | | | | |
| 155. -DREYFUS BOND MKT INDEX BASIC CL | A | Dividend | | | | | | | |
| 156. -DREYFUS BASIC S & P 500 | A | Dividend | | | | | | | |
| 157. -ISHARES MSCI EAFE INDEX FD | A | Dividend | | | | | | | |
| 158. -ISHARES MSCI EMERGING MKTS INDEX FD | A | Dividend | | | | | | | |
| 159. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 160. DREYFUS LARGE FUND GROWTH FUND CLASS I | A | Dividend | K | T | | | | | |
| 161. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 162. AMERICAN STRATEGIC INCOME PORTFOLIO | C | Dividend | K | T | | | | | |
| 163. CIT GROUP INC NEW | | None | J | T | | | | | |
| 164. GABELLI DIVIDEND & INCOME TRUST | A | Dividend | J | T | | | | | |
| 165. AIM INVESTMENT SECS FUNDS INVESCO | C | Dividend | K | T | | | | | |
| 166. AIM INVESTM SECS INVESTCO VAN KAMP | B | Dividend | K | T | | | | | |
| 167. WELLS FARGO FDS TR SPECI TECHN | | None | J | T | | | | | |
| 168. CIT GROUP INC NEW NOTE 5/13 | A | Dividend | J | T | | | | | |
| 169. CIT GROUP INC NEW 5/14 | A | Dividend | J | T | | | | | |
| 170. CIT GROUP INC NEW 5/15 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 09/29/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. CIT GROUP INC NEW 5/16 | A | Dividend | J | T | | | | | |
| 172. CIT GROUP INC NEW 5/17 | A | Dividend | J | T | | | | | |
| 173. GENERAL ELEC CAPITAL CORP MID TERM NOTE | A | Dividend | J | T | | | | | |
| 174. WELLS FARGO BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 175. TRUST #1 | D | Int./Div. | M | T | | | | | |
| 176. -SPDR TRUST SERIES 1 | | | | | | | | | |
| 177. -SPDR DOW JONES INDUSTRIAL AVERAGE | | | | | | | | | |
| 178. -ISHARES MSCI EAFE INDEX FD | | | | | | | | | |
| 179. -ISHARES MSCI EMERGING MARKETS INDEX FUND | | | | | | | | | |
| 180. -VANGUARD EXTENDED MARKET VIPERS INDEX FUND | | | | | | | | | |
| 181. -BNY MELLON NATIONAL INTERMEDIATE MUNICIPAL BD FD | | | | | | | | | |
| 182. -BNY MELLON NATL MUNI MONEY MKT FD | | | | | | | | | |
| 183. -UNITED STATES TREASURY BILL 3/11/2011 | | | | | | | | | |
| 184. -BROOKFIELD LOCAL SCH 3/25% 1/15/10 | | | | | | | | | |
| 185. -DIAMONDS TR 7/13/09 | | | | | | | | | |
| 186. TRUST #2 | E | Int./Div. | N | T | | | | | |
| 187. -SPDR TRUST SERIES 1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 09/29/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -SPDR DOW JONES INDUSTRIAL AVERAGE EFF TRUST | | | | | | | | | |
| 189. -ISHARES MSCI EAFE INDEX FD | | | | | | | | | |
| 190. -ISHARES MSCI EMERGING MKTS INDEX FUND | | | | | | | | | |
| 191. -VANGUARD EXTENDED MARKET VIPERS INDEX FUND | | | | | | | | | |
| 192. -COLORADO ST BRD GOVERNORS UNIV ENTERPRISE SYS REV DTD 3/13 | | | | | | | | | |
| 193. -BOULDER CNTY CO SALES USE TAX 2/11 | | | | | | | | | |
| 194. -BNY MELLON NATL INTERMED MUNIPAL BOND FUND CL M | | | | | | | | | |
| 195. -UNITED STATES TREASURY NOTE 3/11 | | | | | | | | | |
| 196. -UNITED STATES TREASURY NOTE 7/12 | | | | | | | | | |
| 197. -BNY MELLON NATL MUNI MONEY MKT FD M | | | | | | | | | |
| 198. -UNITED STATES TREASURY BILL 6/10 | | | | | | | | | |
| 199. -COLO SPGS CO 5.0% BOND 12/9 | | | | | | | | | |
| 200. -REGIONAL TRANSN DIS 4.0% 11/9 | | | | | | | | | |
| 201. -DIAMONDS TR | | | | | | | | | |
| 202. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ___Richard B. Jackson___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 28 | 465 | Notes payable to banks-secured | | | |
| U.S. Government securities—see schedule | | 343 | 112 | Notes payable to banks-unsecured | | | |
| Listed securities—see schedule | 3 | 932 | 982 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable —primary residence | | 146 | 334 |
| Real estate owned—primary residence | | 900 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 85 | 840 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 146 | 334 |
| | | | | Net Worth | 5 | 144 | 060 |
| Total Assets | 5 | 290 | 399 | Total liabilities and net worth | 5 | 290 | 394 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor —child's home loan | 1 | 125 | 000 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |